UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 05-228M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| WEI PING LI, | ) | |
| Defendant. | ) | |

Offense charged:

Unlawful Importation of Ecstasy; Unlawful Importation of Cocaine; Unlawful Possession of Ephedrine

Date of Detention Hearing:   May 13, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   Defendant was arrested at the U.S./Canadian border crossing in Blaine, Washington, together with a co-defendant. When the vehicle was searched, suspected controlled substances, together with more than $10,000 in undeclared United States Currency on the person

of the co-defendant, was allegedly found. The defendant is charged with a drug offense that carries in excess of ten years in prison.

(2) The defendant has no ties to this District. She is currently unemployed. She resides in California with her husband. Both report that they do not have a good relationship, and the husband has asked for a divorce in the past. They maintain separate finances. She has six siblings living in China and has traveled, most recently in early 2005. Her son is in the military and resides in Japan.

(3) The defendant poses a risk of danger based on the nature of the instant offense. She poses a risk of nonappearance due to ties to China, lack of ties to this District, her lack of current employment, and the strength of the evidence.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

(4)  The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of May, 2005.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                                                          15.13
18 U.S.C. § 3142(i)                                                                                   Rev. 1/91
PAGE 3